# ONE STEP EMGS

Account is at $0.00

## Jan-11

| PATIENT'S NAME | DATE | PAID | REFERRING DR | NOTES |
|---|---|---|---|---|
| RICHARD GRENNELL | 1/4/2011 | | GRIECO | |
| MARIA DUVALL | 1/4/2011 | | WALI | WC |
| JORGE CASTILLO | 1/4/2011 | | WALI | WC |
| GRANT LAUDERMILK | 1/4/2011 | | STRAUSSER | WC |
| PATRICIA KIRK | 1/7/2011 | $162.00 | SHAH | |
| EDUARDO ALEJANDRO | 1/7/2011 | | STRAUSSER | WC |
| STACY BROWN | 1/7/2011 | $40.00 | SHAH | |
| MITCHELL WHITE | 1/7/2011 | $329.82 | SHAH | |
| CHRISTINE WRIGHT | 1/11/2011 | $329.82 | STRAUSSER | DR.V |
| HOMERO SOLIS | 1/11/2011 | | COVINGTON | WC |
| JAMES THOMAS | 1/14/2011 | | STRAUSSER | WC |
| NATALIE MINTON | 1/14/2011 | | STRAUSSER | WC |
| MANUEL ROSARIO | 1/14/2011 | | THAI | WC |
| SALLY PERKINS | 1/14/2011 | $110.45 | SHAH | WC |
| ROBERT HOLBROOK | 1/18/2011 | | STRAUSSER | WC |
| BETTY BINDEWALD | 1/18/2011 | | SHAH | |
| SHEILA MILLER | 1/18/2011 | | JOLIET | WC |
| MARIO RODRIGUEZ | 1/21/2011 | | LEE | WC |
| ELAINE REILLY | 1/21/2011 | | SHAH | |
| JUAN MUNIZ | 1/21/2011 | | THAI | WC- UPPER |
| JUAN MUNIZ | 1/21/2011 | | THAI | WC- LOWER |
| JOSEPH CEASE | 1/21/2011 | | SHAH | |
| FRANCISCO RIOJAS | 1/25/2011 | | STRAUSSER | DR.V |
| RODOLFO GARCIA | 1/25/2011 | | MAYORGA | WC |
| CRUZ TRIGUEROS | 1/25/2011 | | MAYORGA | WC |
| TYRONE POLK | 1/25/2011 | | WALI | WC |
| MARIA BURON | 1/25/2011 | | SHAH | WC |
| ALBA FUENTES | 1/28/2011 | | WALI | WC |
| KATHLEEN THIES | 1/28/2011 | | STRAUSSER | |
| DEBRA SLADE | 1/28/2011 | | STRAUSSER | WC |
| ARTHUR TRUSCOTT | 1/28/2011 | | THAI | WC |
| SYLVIA HELLBERG | 1/28/2011 | | MAYORGA | WC |
| Totals: | Number of Patients: 32 | Total Paid $972.09 | | |


ALL-STATE LEGAL® EXHIBIT D

# ONE STEP EMGS

☑ Account is at $0.00

## Mar-10

| PATIENT'S NAME | DATE | PAID | REFERRING DR | NOTES |
|---|---|---|---|---|
| ROJAS, SONIA | 3/5/2010 | $573.08 | METZGER | ✓ |
| MATCHETT, CLARENCE | 3/5/2010 | $599.30 | GRIECO | OVERPAID $20 ✓ |
| McKINNEY, MARIA | 3/12/2010 | $520.45 | SHAH | PATIENT OWES, NEED TO REFUND INS |
| SHUGART, RAY | 3/12/2010 | $697.57 | GRIECO | ✓ |
| FULLER, AVIS | 3/12/2010 | $514.53 | SHAH | ✓ |
| CRAIG, CLAUDIA | 3/12/2010 | $287.16 | SHAH | ✓ |
| OOMEN, MARIANNA | 3/12/2010 | $823.88 | SHAH | OVERPAID $45 ✓ |
| COLLINS, LINDA | 3/16/2010 | $357.20 | SHAH | originally paid $29.73, paid additional 127.47 |
| HINKLE, CYNTHIA | 3/16/2010 | $612.82 | SHAH | |
| SPRADLEY, RUTH | 3/16/2010 | $930.58 | GRIECO | ✓ |
| HODGKINSON, CHARLES | 3/23/2010 | $504.75 | GRIECO | ✓ |
| RUSSELL, MARJANNA | 3/26/2010 | $653.63 | SHAH | ✓ |
| GARCES, LUISA | 3/26/2010 | $534.53 | METZGER | ✓ |
| BROWN, EDWARD | 3/26/2010 | $631.88 | SHAH | ✓ |
| LANDRY, ELAINE | 3/30/2010 | $329.14 | SHAH | ✓ |

| | Number of Patients | Total Paid |
|---|---|---|
| Totals: | 15 | $8,570.50 |

Handwritten notes:
- 15 x40 400
- Dr. Desai is the genetic main with the PhD in education who is presuming the EMG studies
- +63.74

# ONE STEP EMGS

Apr-10



☐ ✓ Account is at $0.00

| PATIENT'S NAME | DATE | PAID | REFERRING DR | NOTES |
|---|---|---|---|---|
| BROWNE, LINDSEY | 4/9/2010 | $762.43 | SHAH |  |
| PARNELL, DIANNE | 4/9/2010 | $530.79 | SHAH | ✓ |
| CARSTON, GWENDOLYN | 4/13/2010 | $616.00 | SHAH | REFUNDED PATIENT $30/ ✓ |
| CARRICK, JOE | 4/13/2010 | $534.77 | SHAH | PATIENT WAS REFUNDED $521.55 |
| TRZECIAK, JEAN | 4/13/2010 | $541.99 | SHAH | ✓ |
| LAZO, JESUS | 4/13/2010 | $956.40 | JOLIVET | ✓ |
| MAXEY, SHERRIE | 4/14/2010 | $534.53 | SHAH | ✓ |
| KUCZBEL, VALERIE | 4/14/2010 | $316.53 | SHAH | ✓/ REFUNDED PATIENT $312.26 |
| TURMAN, GERVOR | 4/16/2010 | $417.57 | GRIECO | SECONDARY |
| ANDERSON, DAVID | 4/20/2010 | $534.53 | SHAH | ✓/ REFUNDED PATIENT $298.96 |
| WALLACE, SUZANNE | 4/20/2010 | $616.00 | SHAH | ✓ |
| GRAY, KAREN | 4/20/2010 | $534.53 | SHAH | REFUNDED PATIENT $265/ ✓ |
| MIMS, DONNA | 4/20/2010 | $193.06 | SHAH | RESENT CLAIM W/OFFICE VISIT 1/17/11 |
| STANDLEY, FILIBERTA | 4/20/2010 | $671.06 | SHAH | ✓ |
| ECHOLS, MARILYN | 4/23/2010 | $389.02 | SHAH | ✓ |
| BARRIENTES, MARIA | 4/23/2010 | $534.53 | TRIFIRO | ✓ |
| MCINNIS, MARY | 4/27/2010 | $616.00 | SHAH | OVERPAID $347 ✓ |
| PINEDA, JOSE | 4/27/2010 | $956.40 | METZGER | ✓ |
| FIELDER, TOMMY | 4/27/2010 | $860.76 | METZGER | ✓ |
| PEIPER, CYNTHIA | 4/30/2010 | $364.99 | SHAH | ✓ |
| HUNTER, VAUGHN | 4/30/2010 | $546.60 | GRIECO | ✓ |
| FRENIER, DONNA | 4/30/2010 | $552.46 | SHAH | ✓ |
|  | Number of Patients | Total Paid |  |  |
| Totals |  22 | $12,580.95 |  |  |

# ONE STEP EMGS

Account is at $0.00

## May-10

| PATIENT'S NAME | DATE | PAID | REFERRING DR | NOTES |
|---|---|---|---|---|
| DRYDEN, BEN | 5/7/2010 | $637.00 | SHAH | √ REFUNDED PATIENT $136.05 |
| LITKE, GENE | 5/14/2010 | $571.35 | SHAH | √ |
| BOSHEARS, LORA | 5/14/2010 | $508.33 | SHAH | √ |
| HOUCHIN, BERNICE | 5/18/2010 | $401.44 | SHAH | SECONDARY |
| WENDT, JUDITH | 5/21/2010 | $956.40 | METZGER | √ |
| PINEDA, JOSE | 5/21/2010 | $427.34 | METZGER | √ |
| RODRIGUEZ, ROBERT | 5/26/2010 | $664.03 | SHAH | √ |
| SALAWAGE, ERICA | 5/26/2010 | $557.26 | SHAH | √ |
| CLARK, ROBERT | 5/26/2010 | $599.17 | SHAH | √ |
| | Number of Patients | Total Paid | | |
| Totals: | 9 | $5,322.32 | | |

*[handwritten notes in margin: 508.33 / -315.65 / 132.68 / 2 / 64.34 ; 46.34]*

# ONE STEP EMGS

Account is at $0.00

## Jun-10

| PATIENT'S NAME | DATE | PAID | REFERRING DR | NOTES |
|---|---|---|---|---|
| CROSS, MARY | 6/1/2010 | $534.53 | SHAH | √ / REFUNDED PATIENT $89.36 |
| GARCIA, JOSE | 6/1/2010 | $534.53 | METZGER | √ |
| PYLES, JOHN | 6/1/2010 | $436.12 | SHAH | √ |
| CASEY, MARTHA | 6/4/2010 | $292.68 | GRIECO | √ |
| BOGAN, GLEN | 6/4/2010 | $506.15 | SHAH | √ |
| BUSTOS, BLANCA | 6/15/2010 | $459.55 | TRIFIRO | √ |
| SCHLUETER, FRANCES | 6/15/2010 | $623.55 | SHAH | √ |
| HAYES, ROBERT | 6/15/2010 | $534.53 | SHAH | √ |
| HANNA, DENISE | 6/24/2010 | $616.00 | CHIMENTI | √ / DR.V |
| LORENZI, DIANE | 6/24/2010 | $616.00 | SHAH | √ / DR.V |
| CHANCE, GLORIA | 6/25/2010 | $556.10 | SHAH | √ / DR.V |
| MULLINS, TERRY | 6/28/2010 | $538.24 | SHAH | √ / DR. V |
| BODTMANN, JENNIFER | 6/29/2010 | $637.00 | SHAH | √ / DR.V |
| | Number of Patients | Total Paid | | |
| Totals: | 13 | $6,884.98 | | |

DONE

owes Dr Jen 5 EMGs.

436.12 ÷ 2
218.06

# ONE STEP EMGS

☑ Account is at $0.00

## Jul-10

| PATIENT'S NAME | DATE | PAID | REFERRING DR | NOTES |
|---|---|---|---|---|
| GONZALEZ, BALTAZAR | 7/2/2010 | $457.06 | GRIECO | REFUNDED PATIENT $48.22/ √ |
| ORTIZ, RICARDO | 7/2/2010 | $534.53 | RUNNELS | √ |
| CRADDOCK, JERRY | 7/2/2010 | $534.53 | BERKMAN | √ |
| SEWARD, DINAH | 7/6/2010 | $209.07 | SHAH | SENT STATEMENT/OWES $580.90 |
| GONZALEZ, MANUEL | 7/9/2010 | $534.78 | GRIECO | √ |
| PAVLOCK, BRIAN | 7/13/2010 | $296.05 | SHAH | RESENT CLAIM |
| DALY, MICHAEL | 7/13/2010 | $739.75 | SHAH | √ |
| LOVE, CHANNELL | 7/13/2010 | $632.94 | SMITH | √ |
| HOUSTON, JOHN | 7/13/2010 | $534.53 | SHAH | √ |
| STOCKTON, EDWIN | 7/16/2010 | | GRIECO | RESENT MC 1/20/11 |
| FERGUSON, JEREMY | 7/20/2010 | $80.00 | SHAH | √/ REFUNDED $205 |
| QURESHI, ALIYAH | 7/20/2010 | $990.00 | SHAH | √ |
| AGUILAR, ADELA | 7/23/2010 | $463.73 | GRIECO | √ |
| RAMOS, ROMAN | 7/27/2010 | $616.00 | SHAH | √ |
| SMITH, LARRY | 7/27/2010 | $534.53 | SHAH | √ |
| MARTINELLI, SANDRA | 7/27/2010 | $677.49 | GRIECO | √ |
| Totals: | Number of Patients | Total Paid | | |
| | 15 | $7,834.99 | | |



# ONE STEP EMGS

Account is at $0.00

## Aug-10

| PATIENT'S NAME | DATE | PAID | REFERRING DR | NOTES |
|---|---|---|---|---|
| MIHALCO, ELIZABETH | 8/3/2010 | $684.09 | SHAH | √ |
| WILLIAMS, WENDELL | 8/3/2010 | | GRIECO | MC |
| LAWSON, ANGELA | 8/17/2010 | $616.00 | SHAH | √ / DR.V |
| BROWN, JENNIFER | 8/17/2010 | $730.23 | NEURBURGER | √ |
| MCKENNA, HECTOR | 8/17/2010 | $702.27 | SHAH | √ |
| HOUCHIN, NAOMI | 8/17/2010 | $213.35 | SHAH | √ |
| KENNINGHAM, PHIL | 8/17/2010 | $333.93 | SHAH | |
| CEARLEY, JAMES | 8/20/2010 | $587.65 | SHAH | REFUNDED $57.14/DR.V/ √ |
| ROMERO, ALMA | 8/20/2010 | $534.53 | SMITH | √ |
| HEDGES, MICHAEL | 8/20/2010 | $53.27 | GRIECO | SECONDARY |
| ELIZONDO, FRED | 8/24/2010 | $1,075.46 | KRETSCHNER | √ |
| GROHMAN, BARBARA | 8/24/2010 | $511.70 | GRIECO | √ |
| WOODS, CLEVELAND | 8/24/2010 | $711.20 | STRAUSER | √ |
| MARTINELLI, SANDRA | 8/27/2010 | $165.63 | GRIECO | LOWERS, RESENT CLAIM 1/14/11 |
| KIRK, PATRICIA | 8/27/2010 | $677.49 | SHAH | √ |
| Totals: | Number of Patients 15 | Total Paid $7,596.80 | | |

*[handwritten notes in margins:]*
146 520
overpymts paid 677.98 / 566.78 / 110.71 = ?
ows 55.36
pt did 2 scans 55.36

# ONE STEP EMGS

Account is at $0.00 ✓

## Sep-10

| PATIENT'S NAME | DATE | PAID | REFERRING DR | NOTES |
|---|---|---|---|---|
| MURRAY, EDDIE | 9/3/2010 | $636.55 | SHAH | ✓ |
| BURTON, BRITTANY | 9/3/2010 | | SHAH | WRONG INS/RESENT10/4/10/✓ CAME BACK |
| JACKSON, STEVEN | 9/3/2010 | $674.69 | SHAH | ✓ |
| NINO, MARTHA | 9/3/2010 | $616.00 | GRIECO | ✓ |
| MILLER, MANDY | 9/9/2010 | $684.09 | SHAH | ✓ / DR.V |
| WELCH, KRISTINA | 9/10/2010 | $636.94 | SHAH | ✓ |
| BLACKMAN, EUREKA | 9/10/2010 | | TRIFIO | RESENT CLAIM 1/6/11WC |
| BEASLEY, FRANCIS | 9/10/2010 | $677.50 | SHAH | REFUNDED PATIENT $65/ ✓ |
| SERVAES, CLARENCE | 9/14/2010 | | GRIECO | MEDICARE |
| HESS, BOBBIE | 9/14/2010 | $955.48 | METZGER | ✓ |
| WHEELER, DANIELLE | 9/21/2010 | $534.53 | SHAH | ✓ |
| CARD, HAROLD | 9/23/2010 | $605.12 | SHAH | ✓ / DR.V |
| JOHNSON, EVER | 9/24/2010 | $702.27 | SHAH | ✓ |
| PEMBERTON, KIM | 9/24/2010 | $534.53 | HOWARD | ✓ |
| RIVERA, RAUL | 9/24/2010 | $555.70 | GRIECO | RESENT CLAIM 1/19/11,MEDICAID |
| SCHNEIDER, MARY | 9/28/2010 | $524.53 | GRIECO | ✓ |
| BRYAN, JAMES | 9/28/2010 | $511.70 | SHAH | ✓ |
| NEWMAN, MELVEYNIA | 9/28/2010 | $677.46 | GRIECO | ✓ |
| GUINN, LAURA | 9/28/2010 | | SHAH | ✓ |

| | Number of Patients | Total Paid |
|---|---|---|
| Totals: | 19 | $9,527.09 |

Case 4:12-cv-02988   Document 1-4   Filed in TXSD on 10/04/12   Page 8 of 13

17
x40
680

— wante(r)
owy DV 2 weeks
477.74
100.00
377.74

477.74

# ONE STEP EMGS

Account is at $0.00

## Oct-10

| PATIENT'S NAME | DATE | PAID | REFERRING DR | NOTES |
|---|---|---|---|---|
| CLARK, ANTOINETTE | 10/1/2010 | $677.50 | SHAH | √ |
| WADE, BEVERLY | 10/1/2010 | $618.10 | SHAH | √ |
| PATEL, RASHMI | 10/1/2010 | $534.53 | METZGER | √ |
| GUERRA, RODOLFO | 10/5/2010 | $415.13 | GRIECO | √ |
| AMMAR, ISSA | 10/5/2010 | $1,008.51 | SMITH | √ |
| LINTON, CHARLENE | 10/8/2010 | $333.93 | SHAH | √ |
| GRIZZAFFI, KATHRYN | 10/8/2010 | | GRIECO | MEDICARE |
| CASAS, ANADELIA | 10/15/2010 | $534.53 | SHAH | RESENT 1/6/11 |
| MEDELLIN, LOURETTA | 10/15/2010 | | DANG | √/DR.V |
| PARTRIDGE, DEBORAH | 10/19/2010 | $335.68 | SHAH | √ |
| BOHORQUEZ, AMIRA | 10/19/2010 | | GRIECO | MEDICARE |
| URICH, JIMMY | 10/19/2010 | $385.48 | GRIECO | √ |
| VARELA, VICTORIA | 10/22/2010 | | GRIECO | PATIENT PAID DR DESAI $162.34 |
| DURDEN, JOEL | 10/22/2010 | | SHAH | SKIN EMG/PATIENT PAID DR DESAI $15 |
| HAYES, DARLENE | 10/22/2010 | $622.94 | SHAH | √ |
| JARAMILLO, VICTORIA | 10/25/2010 | | GRIECO | MEDICARE |
| KUTAUK, ERVIN | 10/26/2010 | $534.53 | SHAH | √/DR.V |
| GRAMMER, PAUL | 10/26/2010 | $211.65 | SHAH | DR.V |
| PRICE, SHELLY | 10/26/2010 | $35.00 | SHAH | DR.V |
| NORTON, KASSANDRA | 10/28/2010 | | SHAH | DR.S |

| | Number of Patients | Total Paid |
|---|---|---|
| Totals: | 20 | $6,247.51 |

# AUGUST 2010 PAYMENT

- Mimdo     Additional payment    $118.86 / 2     $59.43
- Peicy     Additional payment    $182.52     $91.25
- Hoube     Additional payment    $24.26/2     $12.13
- Claro     Payment    $599.17/2     $299.59
- Hayro     Payment    $20.00/2     $10.00
- Chag!     Payment    $498.96/2     $249.48
- Gonbl     Payment    $337.26/2     $168.63
- Craje     Payment    $534.53/2     $267.65
- Sewdi     Payment    $209.09/2     $104.45
- Gonma     Payment    $534.78/2     $267.39
- Dalmi     Payment    $683.42     $341.71
- Qural     Payment    $990.00/2     $495.00
- Aguad     Payment    $463.73/2     $231.87
- Ramro     Payment    $616.00/2     $308.00
- Mihel     Payment    $684.09     $342.45

Total payment due:     $3249.03

Total EMG's done in August 2010: 14

*2 EMG's done at our office, Lawlan*

# ONE STEP EMGS

☐ ✓ Account is at $0.00

## Nov-10

| PATIENT'S NAME | DATE | PAID | REFERRING DR | NOTES |
|---|---|---|---|---|
| JONES, CAROLYN | 11/1/2010 | $333.93 | SHAH | SECONDARY |
| WEIDENFELLER, CATHRYN | 11/4/2010 | $35.00 | SHAH | Dr. S |
| JOHNSON, MARJORIE | 11/4/2010 | $639.67 | GRIECO | √ / DR. S |
| IRVING, CRAIG | 11/4/2010 | | SHAH | WC / Dr. S |
| CLEVENGER, ADNA | 11/11/2010 | $665.36 | SHAH | (prev paid 6.32) √ / DR. V |
| VALENTA, KATHLEEN | 11/16/2010 | $534.53 | SHAH | prev pd 20.00  √ diff 514.53 |
| CIANCERUSO, SUSAN | 11/16/2010 | $534.53 | JOLIET | √ / WC / Dr. S |
| ROZIER, SAMUEL | 11/19/2010 | $103.89 | SHAH | SENT PATIENT STATEMENT 1/26/11 |
| ANDERSON, JAMES | 11/19/2010 | $4,160.87 - 25.70 | SHAH 435.17 | REFUNDED PATIENT 195.70 / √ |
| STARK, NANCY | 11/19/2010 | † $534.53 | SHAH | √ |
| WALKER, CANDACE | 11/23/2010 | † $534.53 | RUNNELS | √ |
| SILVA, PAUL | 11/30/2010 | † $950.00 | STRAUSSER | √ / WC |
| HERBST, DONALD | 11/30/2010 | † $620.20 | SHAH | √ |
| MOORING, GARY | 11/30/2010 | † $721.70 | SHAH | √ |
| Totals: | Number of Patients 14 | Total Paid $7,358.74 | | |

Handwritten notes:
- 546 / 200
- 8154-200
- Dis" 4 exams / Dr. V 1 exam
- our additional for Nov 2475.56
- 3025.56 − 550.00
- 301.03
- 257/27
- 267.26
- 51.95
- 447.58
- 267.26
- 267.26
- 475
- 310.10
- 360.85

# ONE STEP EMGS

☑ Account is at $0.00

## Dec-10

| PATIENT'S NAME | DATE | PAID | REFERRING DR | NOTES |
|---|---|---|---|---|
| SCHULTE, JERI | 12/3/2010 | $440.34 | SHAH | √ |
| ANGIER, CHERIE | 12/3/2010 | $115.03 | SHAH | |
| JACOBI, JEFFREY | 12/7/2010 | $459.55 | STRAUSSER | √ / DR.V/DESAI |
| SCHMIDT, JUNE | 12/7/2010 | $510.30 | SHAH | √ / DR.V/DESAI |
| WHALEY, JONATHAN | 12/7/2010 | $730.35 | SHAH | √ / DR.V/DESAI |
| SWABY, PATRICIA | 12/9/2010 | $503.36 | STRAUSSER | √ / DR. V |
| REUTZEL, MICHAEL | 12/14/2010 | | SHAH | WC/ DR. V |
| DENEEN, NORMA | 12/14/2010 | $312.51 | SHAH | SECONDARY /DR.V |
| STOMA, JOSHUA | 12/14/2010 | $524.30 | SHAH | √ |
| NICHOLS, SONDRA | 12/14/2010 | $255.67 | GRIECO | SECONDARY |
| JARAMILLO, JOSE | 12/14/2010 | | GRIECO | MEDICARE |
| MIHALOV, MATTHEW | 12/14/2010 | $534.53 | SHAH | √ |
| FRANK, AMANDA | 12/21/2010 | $589.45 | SHAH | √ |
| GIBSON, LATOYA | 12/21/2010 | | MAYORGA | WC |
| KIRK, FLORONDA | 12/21/2010 | | MAYORGA | WC |
| RUIZ, DANIEL | 12/21/2010 | | MAYORGA | WC |
| CLARK, COLLEEN | 12/21/2010 | | SHAH | WC |
| MCELROY, SEAN | 12/28/2010 | $653.27 | SHAH | √ / DR. V |
| MORALES, ADRIANA | 12/28/2010 | | MAYORGA | WC |
| GONZALEZ, CONSUELO | 12/28/2010 | | WALI | WC |
| CASE, REX | 12/28/2010 | $826.80 | SHAH | SECONDARY |
| DACEY, MICHAEL | 12/29/2010 | $25.00 | STRAUSSER | DR.V |
| **Totals:** | Number of Patients 22 | Total Paid $6,480.46 | | |

DR.V PAID RAUL $1000 ON 12/21/2010

5600 March — NL
— 600 — Burton
— 162.34
— 15.
(4822.66)
paid 3/22/66

May   1330
June  630
July  (crossed out)
Aug   700
Nov   462.66
―――――――
we pau  1700.00 —
ave pr.s  250.00