UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

OCT 14 2014

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL], § § § § Plaintiffs, § § § v. § § ONE STEP DIAGNOSTIC, INC.; ONE STEP DIAGNOSTIC II, INC.; ONE STEP DIAGNOSTIC III, LLC; ONE STEP DIAGNOSTIC IV, LP; ONE STEP DIAGNOSTIC V, LP; ONE STEP DIAGNOSTIC VI, LP; ONE STEP DIAGNOSTIC VII, INC; ONE STEP DIAGNOSTIC VIII, LP; ONE STEP DIAGNOSTIC IX, LP; ONE STEP DIAGNOSTIC X, LP; ONE STEP DIAGNOSTIC XI, LP; ONE STEP DIAGNOSTIC XII, LP; FUAD COCHINWALA; RAHUL DHAWAN; ARC IMAGING, LLC; DAVID VILLACRES, M.D.; VINCENT JETER, D.C.; MARK SANDS, D.P.M.; JEFFREY BAXTER, D.P.M.; AND JOHN DOES 1-99, § § § § § § § § § § § § § § § § § § § § § § Defendants. | CV-H-12-2988 Judge Sim Lake FILED *EX PARTE* AND UNDER SEAL Jury Demanded |

JOINT STIPULATION OF DISMISSAL

(ATTENTION SEALED CLERK)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MARIBETH HOLDERITH, LESLIE FLAKE, and ARTHUR MINGUEZ, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>ONE STEP DIAGNOSTIC, INC.; ONE STEP DIAGNOSTIC II, INC.; ONE STEP DIAGNOSTIC III, LLC; ONE STEP DIAGNOSTIC IV, LP; ONE STEP DIAGNOSTIC V, LP; ONE STEP DIAGNOSTIC VI, LP; ONE STEP DIAGNOSTIC VII, INC; ONE STEP DIAGNOSTIC VIII, LP; ONE STEP DIAGNOSTIC IX, LP; ONE STEP DIAGNOSTIC X, LP; ONE STEP DIAGNOSTIC XI, LP; ONE STEP DIAGNOSTIC XII, LP; FUAD COCHINWALA; RAHUL DHAWAN; ARC IMAGING, LLC; DAVID VILLACRES, M.D.; VINCENT JETER, D.C.; MARK SANDS, D.P.M.; JEFFREY BAXTER, D.P.M.; AND JOHN DOES 1-99,<br><br>Defendants. | CV-H-12-2988<br>Judge Sim Lake<br><br>FILED *EX PARTE* AND UNDER SEAL<br><br>Jury Demanded |

JOINT STIPULATION OF DISMISSAL

2

Pursuant to Fed. R. Civ. P. 41(a)(1) and the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States of America ("United States") and Maribeth Holderith, Leslie Flake, and Arthur Minguez, Jr. ("Relators") (hereinafter referred to as the "Parties"), through their undersigned attorneys, stipulate to the dismissal of this civil action against all Defendants as follows.

As to Relators, this dismissal is with prejudice as to all claims and all Defendants.

As to the United States, this dismissal is:

(1) with prejudice as to the following Defendants:

> Fuad Rehman Cochinwala
> One Step Diagnostic, Inc.
> One Step Diagnostic II
> One Step Diagnostic III, LP
> One Step Diagnostic IV, LP
> One Step Diagnostic IV Management, LLC
> One Step Diagnostic V, LLC
> One Step Diagnostic VI, LP
> One Step Diagnostic VII, LP
> One Step Diagnostic VIII, LP
> One Step Diagnostic IX, LP
> One Step Diagnostic X, LP
> One Step Diagnostic XI, LP
> One Step Diagnostic XII, LP
> One Step Diagnostic XIII, LP
> OSD Management, LLC
> One Step Diagnostic Holdings, Inc.
> Rahul Dhawan

limited to the covered conduct identified in the Settlement Agreements attached hereto as Exhibits A and B and (2) without prejudice as to all other claims and Defendants included in Relators' Complaint.

None of the Defendants have been served with the Relators' Complaint, nor have they made appearances in this civil action.

Furthermore, the Parties stipulate that, with the Court's approval, the Relators' Complaint

be unsealed along with this Joint Stipulation, the Settlement Agreements attached hereto, and the Court's Order accompanying this Stipulation, but that the remaining contents of the Court's file remain under seal.

A proposed Order is attached.

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney

ANDREW A. BOBB
Assistant United States Attorney
State Bar No. 02530350
1000 Louisiana, Suite 2300
Houston, Texas 77002
Telephone:   713 567-9766
Facsimile:   713 718-3303

ATTORNEYS IN CHARGE FOR
THE UNITED STATES OF AMERICA


HARRIS, DUESLER & HATFIELD, LLP

Collin D. Cobb
Attorney-in-Charge
State Bar No. 24038058
550 Fannin, Suite 650
Beaumont, Texas   77004
Telephone:   409 832-8382
Facsimile:   409 833-4240

ATTORNEYS FOR RELATOR

CERTIFICATE OF SERVICE

I hereby certify that, on this _14th_ day of October 2014, a true and correct copy of the Joint Stipulation of Dismissal was served by U.S. mail, postage prepaid, and by electronic mail in pdf format, upon Defendants, through their counsel, as follows:

**Counsel for Defendant Fuad Cochinwala and the One Step Defendants**
Gina L. Simms / Julie E. Kass
Ober, Kaler, Grimes & Shriver
A Professional Corporation
1401 H. Street, NW, Suite 500
Washington, DC   20009

**Counsel for Defendant Rahul Dhawan**
John E. Kelly / Anna Grizzle
Bass,, Berry & Sims, PLC
1201 Pennsylvania Avenue, NW
Suite #300
Washington, DC   20004

Andrew A. Bobb
Assistant United States Attorney