UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MARIBETH HOLDERITH, LESLIE FLAKE, and ARTHUR MINGUEZ, JR., <br><br>Plaintiffs, <br><br>v. <br><br>ONE STEP DIAGNOSTIC, INC.; ONE STEP DIAGNOSTIC II, INC.; ONE STEP DIAGNOSTIC III, LLC; ONE STEP DIAGNOSTIC IV, LP; ONE STEP DIAGNOSTIC V, LP; ONE STEP DIAGNOSTIC VI, LP; ONE STEP DIAGNOSTIC VII, INC; ONE STEP DIAGNOSTIC VIII, LP; ONE STEP DIAGNOSTIC IX, LP; ONE STEP DIAGNOSTIC X, LP; ONE STEP DIAGNOSTIC XI, LP; ONE STEP DIAGNOSTIC XII, LP; FUAD COCHINWALA; RAHUL DHAWAN; ARC IMAGING, LLC; DAVID VILLACRES, M.D.; VINCENT JETER, D.C.; MARK SANDS, D.P.M.; JEFFREY BAXTER, D.P.M.; AND JOHN DOES 1-99, <br><br>Defendants. | CV-H-12-2988 <br> Judge Sim Lake <br><br> FILED *EX PARTE* <br> AND UNDER SEAL <br><br> Jury Demanded |

## ORDER

The Court, having been advised by the United States and the Relators that this matter has settled; ORDERS:

All claims and all Defendants are dismissed as follows:

With prejudice as to the Relators and

With prejudice as to the United States as to the following Defendants:

>   Fuad Rehman Cochinwala
>   One Step Diagnostic, Inc.
>   One Step Diagnostic II
>   One Step Diagnostic III, LP
>   One Step Diagnostic IV, LP
>   One Step Diagnostic IV Management, LLC
>   One Step Diagnostic V, LLC
>   One Step Diagnostic VI, LP
>   One Step Diagnostic VII, LP
>   One Step Diagnostic VIII, LP
>   One Step Diagnostic IX, LP
>   One Step Diagnostic X, LP
>   One Step Diagnostic XI, LP
>   One Step Diagnostic XII, LP
>   One Step Diagnostic XIII, LP
>   OSD Management, LLC
>   One Step Diagnostic Holdings, Inc.
>   Rahul Dhawan

limited to the covered conduct identified in the parties' Settlement Agreements and without prejudice as to the United States as to all other claims and Defendants.

It is further ORDERED that:

The Clerk shall unseal: (1) the Relators' Complaint; (2) the Joint Stipulation of Dismissal (including the two Settlement Agreements attached to the Joint Stipulation of Dismissal); and (3) this Order. The remaining contents of the Court's file shall remain under seal.

The Court retains jurisdiction to enforce the settlement.

Signed on this 16th of October, 2014, at Houston, Texas.

_____
Sim Lake
United States District Judge